In the Matter of the Construction of the Will of HERMAN M. GIDDEN, Deceased. ESTELLE GREENBERG et al., Appellants; CAROL G. SCHAEFFER, Respondent.— Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See *ante*, p. 858.]

JOSE B. CALVA et al., Respondents, v. J. LASKIN & SONS CORPORATION et al., Appellants, et al., Defendants.— Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 850; *post*, p. 1045.]

DAVID S. FISCHMAN, INC., Respondent, v. PAPLAM RESTAURANT, INC., et al., Appellants.— Settle order on notice reversing any findings inconsistent therewith. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.